■ MONTANA POWER COMPANY, Respondent, v. GUY JANSON et al., Underwriters at Lloyd's Under Master Policy No. 736114, Appellants.— Judgment, Supreme Court, New York County, without a jury, entered on January 28, 1972, in favor of plaintiff in this subrogation action, unanimously reversed, on the law and on the facts, and the complaint dismissed. Appellants shall recover of respondent $60 costs and disbursements of this appeal. Judgment is sought in the name of plaintiff on a " transit all risks insurance policy " for electric poles which were destroyed by fire. The coverage in the policy in question continued only until the poles were "safely delivered * * * at final place of destination". The poles were moved by rail to Billings, Montana, pursuant to freight bills which did not provide for any further trans-shipments, and were, on July 21 and July 22, 1966, taken off the railroad cars and placed at a railroad siding in Billings which was leased to plaintiff. There they remained, at plaintiff's siding, until destroyed by fire on August 3, 1966. When

destroyed by fire the poles had already been delivered safely to their "final place of destination" under the policy. Transportation of the poles had terminated by complete delivery to plaintiff at its siding in Billings. (*Federman Co. v. American Ins. Co.,* 267 N. Y. 380, 383.) Concur — Kupferman, J. P., Murphy, Steuer and Capozzoli, JJ.